## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

JASON LEWIS,

                Petitioner

        v.

WORKERS' COMPENSATION APPEAL
BOARD (FASTRACK CONSTRUCTION,
INC.),

                Respondent

: No. 18 EAL 2017
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 7th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.